MORRIS D. RILEY,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-0234

Opinion filed November 12, 2014.

An appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

Jeffrey Lewis, General Counsel and Melissa J. Ford, Assistant Conflict Counsel, Office of Criminal Conflict and Civil One Regional Counsel, Region One, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

WOLF, BENTON, and MAKAR, JJ., CONCUR.